**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CHANGJIN LI,

                Petitioner,

v.

WILLIAM P. BARR, Attorney General,

                Respondent.

No.   15-71563

Agency No. A200-786-870

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2020[**]
Honolulu, Hawaii

Before: WALLACE, BEA, and BENNETT, Circuit Judges.

Petitioner, a native and citizen of China, petitions for review of the denial of

his applications for asylum and withholding of removal. The Board of

Immigration Appeals held Petitioner was not eligible for relief because he was not

a credible witness.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

"[W]e must uphold the IJ's adverse credibility determination so long as even one basis is supported by substantial evidence." *Rizk v. Holder*, 629 F.3d 1083, 1088-89 (9th Cir. 2011) (citations omitted).

The IJ found Petitioner was not credible about multiple issues. As an example, Petitioner claims he was persecuted for violating China's one-child policy because Petitioner and his wife had two children. Petitioner, however, provided different birth dates for the two children in documents he submitted and his testimony before the IJ. When asked about the discrepancy, Petitioner stated he had not remembered the dates correctly. The IJ found it improbable that Petitioner would not remember the birth dates of either of his children, particularly as Petitioner's case hinges on his claim of having been persecuted for having two children. The IJ's finding on this issue is supported by substantial evidence. This basis is sufficient to uphold the IJ's adverse credibility determination.

**PETITION FOR REVIEW DENIED.**